UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOUIS LICCIARDI,<br><br>        Petitioner,<br><br>   v.<br><br>JOHNSON,<br><br>        Respondent. | Case No. 2:22-cv-00265-KJM-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 7 |

      Petitioner has filed a motion for appointment of counsel. ECF No. 7. A petitioner in a habeas proceeding does not have an absolute right to appointment of counsel. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, the court is authorized to appoint counsel at any stage of the case "if the interests of justice so require." *See See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A(a)(2)(B). In assessing whether to appoint counsel, the court evaluates the petitioner's likelihood of success on the merits and his ability to articulate his claims, considering the complexity of the legal issues involved. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Having considered these factors, the court does find not that there are exceptional circumstances warranting appointment of counsel. Accordingly, petitioner's motion to appoint counsel, ECF No. 7, is denied without prejudice.

IT IS SO ORDERED.

Dated: __April 21, 2022__      _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE