UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOUIS LICCIARDI,<br><br>       Petitioner,<br><br>   v.<br><br>JOHNSON,<br><br>       Respondent. | Case No. 2:22-cv-00265-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR AN EXTENSION OF TIME<br><br>ECF Nos. 12 & 14 |

Petitioner has filed two motions that both seek an extension of time to file an opposition to respondent's motion to dismiss. ECF Nos. 12 & 14. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motions for an extension of time, ECF Nos. 12 & 14, are granted.

2. Petitioner shall file an opposition to respondent's motion to dismiss within sixty days of the date of this order.

IT IS SO ORDERED.

Dated:   June 13, 2022                                       /s/ Jeremy Peterson
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE