IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LOUIS LICCIARDI,** | Case No. 2:22-cv-00265-KJM-JDP (HC) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **JOHNSON,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss shall be filed on or before July 22, 2022.

IT IS SO ORDERED.

Dated: June 22, 2022   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE